$399,710.99 and has included the $620,803.80. These items should likewise be reversed in computing net income and the amounts as reported by the taxpayer should be permitted to stand.

The deficiency in tax for 1918 and 1919 should be computed upon the basis set forth herein and upon the admission of taxpayer as to taxes due for the year 1919.

---

Appeal of FAROLL-BITTEL COMPANY.          Docket No. 737.

Submitted December 18, 1924; decided January 31, 1925.

Forest D. Siefkin, Esq., for the taxpayer.

J. A. Adams, Esq. (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before JAMES, STERNHAGEN, TRAMMELL, and TRUSSELL.

This appeal is submitted for determination upon the petition of the taxpayer and the answer of the Commissioner.

The taxpayer received a deficiency letter dated October 15, 1924, asserting a deficiency in taxes for the years 1919 and 1920. The taxpayer appealed to the Board with a petition setting forth the grounds upon which it claimed the right to classification as a personal service corporation during the two years named. Thereupon the Commissioner filed his answer, admitting the allegation that the taxpayer was, during the year 1919 and during the period from January 1, 1920, to October 31, 1920, a personal service corporation within the meaning of section 200 of the Revenue Act of 1918, and that there is no deficiency in tax for said periods.

DECISION.

The deficiencies in tax, as originally determined by the Commissioner, are disallowed.

---

Appeal of WILKES-BARRE LACE          Docket No. 452.
        MANUFACTURING CO.

Accelerated depreciation of special machinery due to war conditions, allowed for the years 1918 and 1919.

Where an accelerated allowance for exhaustion, wear, and tear of property is allowed as a deduction, the cost of replacement of such property may not be taken as a deduction in subsequent income-tax returns, but must be charged against the depreciation reserve to the extent of such acceleration allowance.

Submitted January 6, 1925; decided January 31, 1925.

Frank S. Bright, Esq., for the taxpayer.

Laurence Graves, Esq. (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.